UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV 11841 NG

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS LLC,<br>                           Plaintiff,<br>v.<br>TOWN OF NORTH ANDOVER, MASSACHUSETTS,<br>BOARD OF APPEALS of the TOWN OF NORTH<br>ANDOVER, ELLEN McINTYRE, RICHARD J. BYERS,<br>ALBERT P. MANZI III, JOSEPH D. LaGRASSE,<br>DAVID R. WEBSTER, DANIEL S. BRAESE,<br>THOMAS D. IPPOLITO, RICHARD M. VAILLANCOURT,<br>as they are members and associate members of the Board,<br>                           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Douglas H. Wilkins, state on oath as follows:

1. I am a partner at Anderson & Kreiger, LLP, counsel for the plaintiff in this action. I have personal knowledge of the matters stated in this affidavit.

2. I have caused notice to be served upon each of the defendants in the manner prescribed by Fed. R. Civ. P.4 and Mass. R. Civ. P. 4 and G.L. c. 40A §17.

3. On September 19, 2005, I caused notice to be served on each of the named defendants by mailing a copy of the Summons and Complaint by certified mail, return receipt requested, to the following addresses:

| Certified Mail, RRR<br>No. 7005 1160 0004 6428 5472<br>Town of North Andover<br>Municipal Building<br>120 Main Street<br>North Andover, MA  01845 | Certified Mail, RRR<br>No. 7005 1160 0004 6428 5489<br>Board of Appeals of the<br>Town of North Andover<br>Municipal Building<br>120 Main Street<br>North Andover, MA  01845 | Certified Mail, RRR<br>No. 7005 1160 0004 6428 5496<br>Ellen P. McIntyre<br>23 Tanglewood Lane<br>North Andover, MA  01845 |
|---|---|---|

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 5502**
Thomas D. Ippolito
338 Abbott Street
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 5519**
Richard M. Vaillancourt
454 Steven Street
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 5526**
Richard J. Byers
97 Forest Street
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 5533**
Joseph D. LaGrasse
40 Sugarcane Lane
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 5540**
David R. Webster
707 Waverly Road
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 5557**
Albert P. Manzi, III
1028 Salem Street
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 5564**
Daniel S. Braese
21 Periwinkle Way
North Andover, Ma 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 5571**
Thomas F. Reilly, Attorney General
McCormack Building
One Ashburton Place
Boston, MA 02108

4. On September 22, 2005, I caused notice to be served on each of the named defendants by mailing a copy of the same Summons and of the Amended Complaint by certified mail, return receipt requested, to the following addresses:

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 6929**
Town of North Andover
Municipal Building
120 Main Street
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 6936**
Board of Appeals of the
Town of North Andover
Municipal Building
120 Main Street
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 6943**
Ellen P. McIntyre
23 Tanglewood Lane
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 6950**
Thomas D. Ippolito
338 Abbott Street
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 6967**
Richard M. Vaillancourt
454 Steven Street
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 6974**
Richard J. Byers
97 Forest Street
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 6981**
Joseph D. LaGrasse
40 Sugarcane Lane
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 6998**
David R. Webster
707 Waverly Road
North Andover, MA 01845

**Certified Mail, RRR**
**No. 7005 1160 0004 6428 7001**
Albert P. Manzi, III
1028 Salem Street
North Andover, MA 01845

| | |
|---|---|
| **Certified Mail, RRR**<br>**No. 7005 1160 0004 6428 7018**<br>Daniel S. Braese<br>21 Periwinkle Way<br>North Andover, Ma  01845 | **Certified Mail, RRR**<br>**No. 7005 1160 0004 6428 7025**<br>Thomas F. Reilly, Attorney General<br>McCormack Building<br>One Ashburton Place<br>Boston, MA  02108 |

5. Receipts for Certified Mail are attached as Exhibit A;

6. Proof of receipt cards, received to date, are attached as Exhibit B. I have not received any green cards from Mr. Manzi; nor have I received green cards from Ms. McIntyre or Mr. LaGrasse for the September 22, 2005 mailing. USPS tracking printouts are attached;

7. Original Summonses are attached as Exhibit C.

Signed under the penalties of perjury this 30th day of September, 2005.

_____
Douglas H. Wilkins (BBO #528000)
ANDERSON & KREIGER LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

g:\docs\cin\ma\northandoverchestnut\p\affidavit of service - federal.doc