UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV 11841 NG

NEW CINGULAR WIRELESS PCS LLC, )
                        Plaintiff, )

v.

TOWN OF NORTH ANDOVER, MASSACHUSETTS, )
BOARD OF APPEALS of the TOWN OF NORTH )
ANDOVER, ELLEN McINTYRE, RICHARD J. BYERS, )
ALBERT P. MANZI III, JOSEPH D. LaGRASSE, )
DAVID R. WEBSTER, DANIEL S. BRAESE, )
THOMAS D. IPPOLITO, RICHARD M. VAILLANCOURT,)
as they are members and associate members of the Board, and)
PLANNING BOARD OF NORTH ANDOVER and )
Richard Nardella, John Simmons, Richard Rowen, Alberto )
Angles, and Jack Green, as they are members and associate )
Members of the North Andover Planning Board, )
                        Defendants. )

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of Plaintiff's Motion to file Supplemental Amended Complaint and Supplemental Amended Complaint on all parties of record listed below by first-class mail, postage pre-paid, on this 7th day of July, 2006.

_____
Douglas H. Wilkins

Thomas J. Urbelis, Esq.
Urbelis & Fieldsteel LLP
155 Federal Street
Boston, MA 02110