UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV 11841 NG

|  |  |
|---|---|
| NEW CINGULAR WIRELESS PCS LLC,<br>                         Plaintiff,<br>v.<br><br>TOWN OF NORTH ANDOVER, MASSACHUSETTS,<br>BOARD OF APPEALS of the TOWN OF NORTH<br>ANDOVER, ELLEN McINTYRE, RICHARD J. BYERS,<br>ALBERT P. MANZI III, JOSEPH D. LaGRASSE,<br>DAVID R. WEBSTER, DANIEL S. BRAESE,<br>THOMAS D. IPPOLITO, RICHARD M. VAILLANCOURT,<br>as they are members and associate members of the Board, and<br>PLANNING BOARD OF NORTH ANDOVER and<br>Richard Nardella, John Simmons, Richard Rowen, Alberto<br>Angles, and Jack Green, as they are members and associate<br>Members of the North Andover Planning Board,<br>                         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **UPDATED RULE 7.1 CERTIFICATE**

      I hereby certify that I further conferred with counsel for the defendants by email exchange on Sunday, July 9, 2006 and learned that defendants' counsel is not presently in a position to assent to or oppose the motion to amend the complaint.

Dated: July 10, 2006

                                    /s/ Douglas H. Wilkins
                                    Douglas H. Wilkins

Thomas J. Urbelis, Esq.
Urbelis & Fieldsteel LLP
155 Federal Street
Boston, MA 02110