UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV 11841 NG

NEW CINGULAR WIRELESS PCS LLC, )
                          Plaintiff, )
)
v. )
)
TOWN OF NORTH ANDOVER, MASSACHUSETTS, )
BOARD OF APPEALS of the TOWN OF NORTH )
ANDOVER, ELLEN McINTYRE, RICHARD J. BYERS, )
ALBERT P. MANZI III, JOSEPH D. LaGRASSE, )
DAVID R. WEBSTER, DANIEL S. BRAESE, )
THOMAS D. IPPOLITO, RICHARD M. VAILLANCOURT,)
as they are members and associate members of the Board, )
                                   Defendants. )

## JOINT MOTION TO RESCHEDULE THE DATE FOR FILING THE RECORD AND TO EXTEND THE SUMMARY JUDGMENT DEADLINES

The plaintiff, New Cingular Wireless PCS, LLC ("Cingular") and the defendants, Town of North Andover, et al. ("Town"), move that the Court set the following dates, which would supersede the dates in the Parties' proposed schedule adopted by the Court at the scheduling conference on April 27, 2006:

**Amended Proposed Pretrial Schedule:**

| EVENT | DEADLINE |
|---|---|
| Defendants file the certified record | August 28, 2006 |
| Substantial Evidence Briefs/Cross-Motions for summary judgment on the record | September 30, 2006 |
| Response Briefs | October 15, 2006 |

1

As grounds for this motion, the parties state:

1.  The original scheduling order required the Town to file the Administrative Record by June 30, 2006. See Joint Scheduling Conference Statement at p. 4. The Town has not filed the Administrative Record, believing that the matter was likely to be settled. However, due to unforeseen events, including a flood causing a continuance, the Town's Planning Board did not act as quickly as anticipated. Therefore, the parties have decided to ask the Court to set the above deadlines, each side reserving all rights in the event that the case does not settle.

2.  The August 28, 2006 date provides sufficient time to file the record after the defendant boards consider settlement at meetings that will occur on or before August 15.

| THE PLAINTIFF,<br>By its Attorney, | THE DEFENDANTS,<br>By their Attorneys, |
|---|---|
| /s/ Douglas H. Wilkins<br>Stephen D. Anderson, BBO #018700<br>Douglas H. Wilkins, BBO #528000<br>Scott Lacy, BBO #633323<br>Anderson & Kreiger LLP<br>43 Thorndike Street<br>Cambridge MA 02141<br>617-252-6575<br>Dated: August 4, 2006 | /s/ Thomas J. Urbelis<br>Thomas J. Urbelis<br>Urbelis & Fieldsteel, L.L.P<br>155 Federal Street<br>Boston, Massachusetts 02110<br>617-338-2200 |

g:\docs\cin\ma\northandoverchestnut\p\mocompelrecordt.doc