UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV 11841 NG

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS LLC,<br>  Plaintiff,<br>v.<br>TOWN OF NORTH ANDOVER, MASSACHUSETTS,<br>BOARD OF APPEALS of the TOWN OF NORTH<br>ANDOVER, ELLEN McINTYRE, RICHARD J. BYERS,<br>ALBERT P. MANZI III, JOSEPH D. LaGRASSE,<br>DAVID R. WEBSTER, DANIEL S. BRAESE,<br>THOMAS D. IPPOLITO, RICHARD M. VAILLANCOURT,<br>as they are members and associate members of the Board,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

The plaintiff in this matter is New Cingular Wireless PCS LLC ("New Cingular"), a Delaware limited liability company. New Cingular's Manager is Cingular Wireless II, LLC. New Cingular Wireless PCS, LLC (including the former AT&T Wireless PCS, LLC) is an indirect wholly owned subsidiary of Cingular Wireless LLC, a joint venture between AT&T Inc. ("AT&T") and BellSouth Corporation ("BellSouth"). AT&T and BellSouth are publicly traded companies listed on the New York Stock Exchange under the tickler symbols T and BLS respectively.

The Plaintiff

By its attorneys,

/s/Douglas H. Wilkins
Stephen D. Anderson
Douglas H. Wilkins
ANDERSON & KREIGER LLP
43 Thorndike Street
Cambridge, MA 02141
(617) 252-6575

Dated: August 11, 2006

Cin/maStowSouth/p/CorpDiscl.wpd