UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11841-NG

NEW CINGULAR WIRELESS PCS LLC,
                        Plaintiff

v.

TOWN OF NORTH ANDOVER, MASSACHUSETTS BOARD OF APPEALS of the TOWN OF NORTH ANDOVER, ELLEN McINTYRE, RICHARD J. BYERS, ALBERT P. MANZI III, JOSEPH D. LaGRASSE, DAVID R. WEBSTER, DANIEL S. BRAESE, THOMAS D. IPPOLITO, RICHARD M. VAILLANCOURT, as they are Members and Associate Members of the Board, and PLANNING BOARD OF NORTH ANDOVER and Richard Nardella, John Simmons, Richard Rowen, Alberto Angles, and Jack Green, as they are members and associate Members of the North Andover Planning Board,
                        Defendants

## NOTICE OF APPEARANCE

Please enter my appearance for the Defendants Town of North Andover, Massachusetts, the Board of Appeals of the Town of North Andover and the Planning Board of North Andover.

Date: July 31, 2006

                        TOWN OF NORTH ANDOVER, MASSACHUSETTS, BOARD OF APPEALS OF THE TOWN OF NORTH ANDOVER and PLANNING BOARD OF NORTH ANDOVER
                        By their attorney,

                        _____
                        Thomas J. Urbelis, BBO #506560
                        URBELIS & FIELDSTEEL, LLP
                        155 Federal Street
                        Boston, MA 02110
                        (617) 338-2200

w:\wp51\work\n-andove\cingular\appearance.doc

## CERTIFICATE OF SERVICE

I, Thomas J. Urbelis, hereby certify that I served a true copy of the Notice of Appearance by mailing same first-class mail, postage prepaid, to counsel of record Douglas H. Wilkins, Esquire, Anderson & Kreiger, LLP, 43 Thorndike Street, Cambridge, MA 02141 on this 31st day of July, 2006

_____
Thomas J. Urbelis