UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05CV 11841 NG

_____
                                            )
NEW CINGULAR WIRELESS PCS LLC,              )
                              Plaintiff,    )
    v.                                      )
                                            )
TOWN OF NORTH ANDOVER, MASSACHUSETTS,       )
BOARD OF APPEALS of the TOWN OF NORTH       )
ANDOVER, ELLEN McINTYRE, RICHARD J. BYERS,  )
ALBERT P. MANZI III, JOSEPH D. LaGRASSE,    )
DAVID R. WEBSTER, DANIEL S. BRAESE,         )
THOMAS D. IPPOLITO, RICHARD M. VAILLANCOURT,)
as they are members and associate members of the Board, )
and PLANNING BOARD OF NORTH ANDOVER, and    )
Richard Nardella, John Simons, Richard Rowen, Alberto )
Angles, and Jack Green, as they are members and associate )
members of the North Andover Planning Board, )
                              Defendants.   )
_____ )

## JOINT MOTION TO RESCHEDULE THE DATE FOR FILING THE RECORD

The plaintiff, New Cingular Wireless PCS, LLC ("Cingular") and the defendants, Town of North Andover, et al. ("Town"), move that the Court extend the date for the filing of the Administrative Record from August 28, 2006 to September 11, 2006.

As grounds for this motion, the parties state:

The current scheduling order requires the Town to file the Administrative Record by August 28, 2006. There is a status conference on August 29, 2006. The Town has not yet filed the Administrative Record, believing that the matter was likely to be settled, thereby saving the Town the substantial cost of the preparation and copying of the Record. The parties are working on an Agreement for Judgment to resolve this case. Therefore, the parties have decided to ask the Court to extend the above deadline, each side reserving all rights in the event that the case does

1

not settle.

| THE PLAINTIFF,<br>By its Attorney, | THE DEFENDANTS,<br>By their Attorneys, |
|---|---|
| ___/s/_Stephen D. Anderson_____<br>Stephen D. Anderson, BBO #018700<br>Douglas H. Wilkins, BBO #528000<br>Scott Lacy, BBO #633323<br>Anderson & Kreiger LLP<br>43 Thorndike Street<br>Cambridge MA 02141<br>617-252-6575<br>  Dated: August 25, 2006 | ___/s/ Thomas J. Urbelis_____<br>Thomas J. Urbelis<br>Urbelis & Fieldsteel, L.L.P<br>155 Federal Street<br>Boston, Massachusetts  02110<br>617-338-2200 |

g:\docs\cin\ma\northandoverchestnut\p\mocompelrecordt.doc